IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00904-SBP

JOHN F. GRAY-GINSBERG,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

## ORDER OF DISMISSAL

---

Plaintiff is a resident of Frisco, Colorado. On April 3, 2024, Plaintiff commenced this action *pro se* by filing a Complaint. (ECF No. 1). On April 3, 2024, the Court ordered Plaintiff to cure certain deficiencies if he wishes to pursue any claims in this action. (ECF No. 3). Plaintiff specifically was directed to file a Complaint on the current, court-approved form and to either pay the filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) on the current, court-approved form. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to the April 3 order. Therefore, the action will be dismissed without prejudice for failure to prosecute and cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369

U.S. 438 (1962).   If Plaintiff files a notice of appeal he also must pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to prosecute and cure the deficiencies as directed.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   15th   day of    May   , 2024.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District