IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00904-LTB

JOHN F. GRAY-GINSBERG,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 15, 2024, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 15 day of May, 2024.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk


                      By: s/D.Gumbs
                            Deputy Clerk